An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

LAMALSIKOU LOWE,
Petitioner,
vs.
THE STATE OF NEVADA,
Respondent.

No. 67197

**FILED**

FEB 1 2 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

### ORDER DENYING PETITION

This is a petition for a writ of habeas corpus. Petitioner, who has not yet gone to trial, seeks an order dismissing his charges because of an alleged violation of his right to a speedy trial. He also alleges various violations of his right to due process and to be free from cruel and unusual punishment. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. Accordingly, we

ORDER the petition DENIED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

15-04705

cc: Lamalsikou Lowe
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk